LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCCentral@HubsLaw.com

Attorney for Plaintiff

DANIEL AGUILAR, SBN 256557
KATARZYNA NOWAK, SBN 256977
FISHER & PHILLIPS, LLP
One Embarcadero Center, Suite 2340
San Francisco, CA  94111
Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorney for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>PRB MANAGEMENT, LLC dba<br>TACO BELL #004979,<br><br>    Defendant.<br>_____/ | Case No.  2:13-cv-00401-MCE-KJN<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendant, PRB MANAGEMENT, LLC dba TACO BELL #004979, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 9, 2013        LAW OFFICES OF LYNN HUBBARD

　　　　　　　　　　　　　　　　　　/s/   Lynn Hubbard                /
　　　　　　　　　　　　　　　　　LYNN HUBBARD III
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: August 9, 2013        FISHER & PHILLIPS, LLP

　　　　　　　　　　　　　　　　　　/s/   Katarzyna Nowak           /
　　　　　　　　　　　　　　　　　KATARZYNA NOWAK
　　　　　　　　　　　　　　　　　Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, Case No. 2:13-cv-00401-MCE-KJN, is DISMISSED with prejudice in its entirety. The Clerk of the Court is directed to close the file.

Dated: August 12, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT