1  LYNN HUBBARD III, SBN 69773
   LAW OFFICES OF LYNN HUBBARD
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone:  (530) 895-3252
   Facsimile:  (530) 894-8244
4  Email:  USDCCentral@HubsLaw.com

5  Attorney for Plaintiff

6  DANIEL AGUILAR, SBN 256557
   KATARZYNA NOWAK, SBN 256977
7  FISHER & PHILLIPS, LLP
   One Embarcadero Center, Suite 2340
8  San Francisco, CA  94111
   Telephone:  (415) 490-9000
9  Facsimile:  (415) 490-9001

10 Attorney for Defendants

11

12             THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 ROBERT DODSON,                    Case No.  2:13-cv-00401-MCE-KJN

16     Plaintiff,

17     vs.                           **JOINT STIPULATION FOR
                                     DISMISSAL and
18                                   ORDER THEREON**

19 PRB MANAGEMENT, LLC dba
   TACO BELL #004979,
20
       Defendant.
21
   _____/
22

TO THE COURT AND TO ALL PARTIES:

    Plaintiff, ROBERT DODSON, and defendant, PRB MANAGEMENT, LLC dba TACO BELL #004979, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 9, 2013        LAW OFFICES OF LYNN HUBBARD

                                      /s/  Lynn Hubbard           /
                                      LYNN HUBBARD III
                                      Attorney for Plaintiff

Dated: August 9, 2013        FISHER & PHILLIPS, LLP

                                      /s/  Katarzyna Nowak        /
                                      KATARZYNA NOWAK
                                      Attorney for Defendants

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, Case No. 2:13-cv-00401-MCE-KJN, is DISMISSED with prejudice in its entirety. The Clerk of the Court is directed to close the file.

Dated: August 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal and                                                          *Dodson v. PRB Management, LLC*
Order Thereon                                                                             Case No. 2:13-cv-00401-MCE-KJN
Page 2